IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:20CR179 |
| | § | Judge Jordan |
| JOSE LUIS HERNANDEZ (36) | § | |

## NOTICE OF PLEA AGREEMENT

The United States of America would show the Court that the defendant, **Jose Luis Hernandez**, and the government have entered into a plea in relation to the charges now pending before this Court.

Respectfully submitted,

BRIT FEATHERSTON
UNITED STATES ATTORNEY

/s/ _____
HEATHER RATTAN
Assistant United States Attorney
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
Heather.Rattan@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on April 25, 2023.

/s/ _____
HEATHER RATTAN
Assistant United States Attorney